IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CONE MILLS CORPORATION, *et al.*, | ) | Case No. 03-12944 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 1176 |

## NOTICE OF APPEAL

CROMPTON COLORS, INC., hereby appeals under 28 U.S.C. §158(a) from the Order (the "Order") entered by this Court in the above-captioned bankruptcy proceedings on the 2nd day of March, 2005 [at docket no. 1176], which granted, in part, the International Textile Group, Inc.'s Motion For An Order Directing The New Jersey Department Of Environmental Protection, The Administrator Of The New Jersey Spill Compensation Fund, Crompton Colors, Inc. And Crompton Corporation To Comply With The Sale Order [at docket no. 1096]. A true and correct copy of the Order is attached hereto as Exhibit "A".

The names of all parties to the Order and the names, addresses and telephone numbers of their respective counsel are as follows:

Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, DE  18999-0391
Phone:  302-571-6600
FAX:   302-571-1253

-and-

Andrew N. Rosenberg, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York City, NY  10019-6064
Phone:  212-373-3000
FAX:   212-757-3990
***Attorneys for Debtor***

CHDATA 29766_1

Christopher M. Winter, Esquire
Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
Phone:  302-657-4900
FAX:   302-657-4901

*Attorneys for International Textile Group, Inc./Cone Mills*

Carol Lynn DeMarco, Esquire, D.A.G.
Office of the Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ  08625-0093
Phone:  609-984-5189
FAX:   609-984-9315

*Attorneys for New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund*

Mark E. Felger, Esquire
Jeffrey R. Waxman, Esquire
COZEN O'CONNOR
Suite 1400
1201 Market Street
Wilmington, DE  19801
Phone:  302-295-2087
FAX:   302-295-2013

*-and-*

CHDATA 29766_1

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
New York City, NY 10022
Phone: 212-478-7200
FAX: 212-478-7400

**Counsel to the Official Committee of Unsecured Creditors**

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

By: _____  3/11/2005
Bradford J. Sandler, Esquire (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
Tel: 302-654-8200
Fax: 302-654-8217

and

SCHNADER HARRISON SEGAL & LEWIS LLP
A Pennsylvania Limited Liability Partnership
JOHN M. ARMSTRONG
New Jersey Managing Partner
JERRY L. TANENBAUM
RICHARD A. BARKASY
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Tel: 856-482-5222
Fax: 856-482-6980

**Co-Counsel for Appellant, Crompton Colors, Inc.**

CHDATA 29766_1