# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:  **April 21 , 2005**

To:   Peter Dalleo, Clerk
      U. S. District Court
      District of Delaware
      U. S. Courthouse - 844 King Street
      Wilmington  DE  19801

Re:   **Cone Mills Corporation et al**
      **Case No. 03-12944 (MFW)**
      **AP-05-17**


Enclosed please find the bankruptcy Record on Appeal  # **AP-05-17**.


                                         Sincerely,

                                         **David Bird, Clerk**


      By /s/ Ken Brown
      Deputy Clerk

   X   Filing fee paid on March 11, 2005

_____ Filing fee not paid

.

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **03-12944 (MFW)**
Deputy Clerk Transferring Case: Kenneth Brown 302 252 2903
Case Type: Appeal **- AP-05-17**

**Order, Date Entered and Issues**

Order (WITH REVISIONS) Granting Motion of International Textile Group, Inc. for Order Directing the New Jersey Department of Environmental Protection, the Administrator of the New Jersey Spill Compensation Fund, Crompton Colors, Inc and Crompton Corp to Comply with the Sale Order. (related document(s)1096 ) Signed in Court on 2/28/2005. (LCN, ) (Entered: 03/02/2005)

| | |
|---|---|
| **Debtors:** | **Cone Mills Corporation et al** |
| **Counsel:** | Pauline K Morgan, Esq |
| | Young, Conaway, Stargatt & Taylor LLP |
| | The Brandywine Bldg |
| | 1000 West St 17th Fl |
| | Wilmington DE 19899 |
| **Telephone:** | (302) 571-6600 |
| | |
| **Appellant(s):** | **Compton Colors, Inc** |
| **Counsel:** | Bradford J Sandler, Esq |
| | Adelman Lavine Gold and Levin |
| | 919 N Market St Suite 710 |
| | Wilmington DE 19801 |
| **Telephone:** | (302) 654-8200 |
| | |
| **Appellees:** | **International Textile Group, Inc/Cone Mills** |
| **Counsel:** | Christopher M Winter, Esq |
| | Duane Morris LLP |
| | 1100 N Market St Suite 1200 |
| | Wilmington, DE 19801 |
| **Telephone:** | (302) 657 4900 |