IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cone Mills Corporation, *et al.* | ) | Case No. 03-12944 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Lisa Talley, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Debtors in the within captioned matter, and that on the 25th day of November, 2003, she caused a copy of the following pleading to be served, as indicated, to the parties on the attached service list:

**Supplemental Notice of Possible Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing**

_____
Lisa Talley

SWORN TO AND SUBSCRIBED before me this 2nd day of July, 2004.

_____
Notary Public

DEBBIE E. LASKIN
Notary Public - State of Delaware
My Comm. Expires Dec. 21, 2004

WP3:930668 8

62530 1001

SERVICE LIST
**Cone Mills Corporation**
11/25/2003

American Fast Print Limited
I-85 & Bryan Road, Exit 7
Spartansburg, SC 29303
***Federal Express***

Crompton Corporation
Benson Road
Middlebury, CT 06749
***Federal Express***

City of Greensboro
P.O. Box 3136
Greensboro, NC 27402
***Express Mail***