IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**5

IN RE: CONE MILLS CORPORATION, et al.

---

| | | |
|---|---|---|
| Crompton Colors, Inc. | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  05-232 |
| v. | ) | |
| | ) | |
| | ) | |
| International Textile Group, Inc. | ) | |
| Appellee | ) | Bankruptcy Case No. 03-12944 |


**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 2/28/05 was docketed in the District Court on 4/21/05:

> Order (With Revisions) Granting Motion of Appellee for Order Directing the New Jersey Department of Environmental Protection, the Administrator of the New Jersey Spill Compensation Fund, Crompton Colors, Inc and Crompton Corp to Comply with the Sale Order

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

> Peter T. Dalleo
> Clerk of Court

Date:   4/22/05

To:   U.S. Bankruptcy Court
        Counsel