IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| CONE MILLS CORPORATION, *et al.* | : | Case No.: 03-12944 (MFW) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |
| CROMPTON COLORS, INC. | : | |
| | : | Case No. 05-CV-00232 (GMS) |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | Appeal No.: 05-00017 |
| INTERNATIONAL TEXTILE GROUP INC. | : | |
| f/k/a WLR Cone Mills Acquisition LLC, f/k/a | : | |
| WLR Recovery Fund II, L.P., | : | |
| | : | |
| Appellees. | : | |

### NOTICE OF COMPLETION OF MEDIATION

**PLEASE TAKE NOTICE** that, I, Vincent J. Poppiti, was appointed to serve as mediator for the parties to the captioned appeal. On August 17, 2005, I conducted a mediation session and the case did not settle. The parties are prepared to proceed with the appeal.

**PLEASE TAKE FURTHER NOTICE** that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: August 23, 2005

BLANK ROME LLP

_____
Vincent J. Poppiti (DSBA No. 100614)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6410

Court Appointed Mediator

063250.00960/40156098v.1

## CERTIFICATE OF SERVICE

I, Vincent J. Poppiti, hereby certify that on this 23rd day of August, 2005, that I caused a copy of the attached Notice of Completion of Mediation to be served electronically upon the following:

Bradford J. Sandler, Esquire
Adelman, Lavine, Gold & Levin
919 N. Market Street, Suite 710
Wilmington, DE 19801-3065

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

_____
Vincent J. Poppiti (DSBA No. 100614)