IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| CONE MILLS CORPORATION, et al. | : | Bankruptcy Co. 03-12944 (MFW) |
| Debtors | : | |
| CROMPTON COLORS, INC. | : | |
| Appellant | : | |
| v. | : | Civil Action No. 05-232 GMS |
| INTERNATIONAL TEXTILE GROUP INC. f/k/a WLR Cone Mills Acquisition LLC, f/k/a WLR Recovery Fund II, L.P. | : | |
| | : | |
| Appellee | : | |

**O R D E R**

WHEREAS, on April 21, 2005, a Notice of Appeal of the Order of the Bankruptcy Court entered on February 28, 2005, was filed;

WHEREAS, May 4, 2005, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on August 23, 2005, a Notice of Completion of Mediation was filed by Vincent J. Poppiti, Esq.,

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than October 7, 2005.

September 7, 2005                    /s/ Gregory M. Sleet
                                     UNITED STATES DISTRICT JUDGE