IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CONE MILLS CORPORATION, *et al.*, | ) | Case No. 03-12944 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| CROMPTON COLORS, INC. | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-232 GMS |
| | ) | |
| INTERNATIONAL TEXTILE GROUP, | ) | |
| INC. f/k/a WLR Cone Mills Acquisition | ) | |
| LLC, f/k/a/ WLR Recovery Fund II, L.P. | ) | |
| | ) | |
| Appellee | ) | |

## PROPOSED JOINT BRIEFING SCHEDULE OF THE PARTIES

Crompton Colors, Inc. (the "Appellant"), by and through its attorneys, and Appellee International Textile Group, Inc., f/k/a/ WLR Cone Mills Acquisition, LLC, f/k/a/ WLR Recovery Fund II, L.P. (the "Appellee") (collectively, the Appellant and Appellee are referred to as the "Parties"), by and through its attorneys, hereby submit this joint briefing schedule, and in support thereof, aver as follows:

1. On April 21, 2005, a Notice of Appeal of the Order of the Bankruptcy Court entered on February 28, 2005 was filed.

2. On May 4, 2005, this case was referred to the Appellate Mediation Panel, and further briefing was deferred.

3. On August 23, 2005, a Notice of Completion of Mediation was filed by Vincent J. Poppiti, Esquire.

4. On September 7, 2005, this Court entered an Order ordering the Parties to submit a jointly prepared briefing schedule for the Court's consideration.

5. The Parties have agreed to the following briefing schedule:

a. The opening brief of the Appellant is due no later than October 31, 2005;

b. The answering brief of the Appellee is due no later than December 15, 2005; and

c. The reply brief of the Appellant is due no later than January 20, 2006.

WHEREFORE, the Parties request this Court enter the Order attached hereto as Exhibit "A" approving the joint briefing schedule and granting such further relief as this Court deems just and proper.

Respectfully Submitted,

ADELMAN LAVINE GOLD AND
LEVIN, A PROFESSIONAL
CORPORATION

Jonathan M. Stemerman, Esquire (No. 4510)
919 North Market Street, Suite 710
Wilmington, DE 19801
(302) 654-8200

Counsel for Appellant Crompton Colors, Inc.

DUANE MORRIS LLP

Michael R. Lastowski (DE 3862)
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(302) 657-4942

Counsel for Appellee International Textile Group, Inc., f/k/a/ WLR Cone Mills Acquisition, LLC, f/k/a/ WLR Recovery Fund II, L.P.

Dated: October 7, 2005