IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CONE MILLS CORPORATION, *et al.*, | ) | Case No. 03-12944 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| CROMPTON COLORS, INC. | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-232 GMS |
| | ) | |
| INTERNATIONAL TEXTILE GROUP, | ) | |
| INC. f/k/a WLR Cone Mills Acquisition | ) | |
| LLC, f/k/a/ WLR Recovery Fund II, L.P. | ) | |
| | ) | |
| Appellee | ) | |

## ORDER APPROVING JOINT BRIEFING SCHEDULE

WHEREAS, on April 21, 2005, a Notice of Appeal of the Order of the Bankruptcy Court entered on February 28, 2005 was filed; and

WHEREAS, on May 4, 2005, this case was referred to the Appellate Mediation Panel, and further briefing was deferred; and

WHEREAS, on August 23, 2005, a Notice of Completion of Mediation was filed by Vincent J. Poppiti, Esq.; and

WHEREAS, on September 7, 2005, this Court entered an Order ordering the parties to submit a jointly prepared briefing schedule for the Court's consideration; and

WHEREAS, on October 7, 2005, the parties submitted a Proposed Joint Briefing Schedule;

IT IS HEREBY ORDERED that:

1. The opening brief of the Appellant is due no later than October 31, 2005;

2. The answering brief of the Appellee is due no later than December 15, 2005;

3. The reply brief of the Appellant is due no later than January 20, 2006; and

4. The dates set forth above may be modified by further Order of this Court.

BY THE COURT:

Dated: _____

GREGORY M. SLEET,
UNITED STATES DISTRCIT COURT JUDGE

CHDATA 29943_1