## CERTIFICATE OF SERVICE

IT IS HEREBY certified that a copy of the herewith Memorandum Of Law By Chemtura Corporation Regarding Failure To Provide Notice To A Known *Creditor was served as indicated upon the following, via Hand Delivery or First Class Mail:*

>Lewis Kruger, Esquire
>Christopher R. Donoho, Esquire
>**STROOCK & STROOCK & LAVAN LLP**
>180 Maiden Lane
>New York, New York 10038
>Tel: 212-806-5400 - Fax: 212-806-6006
>
>Michael R. Lastowski (No. 3892)
>Christopher M. Winter (No. 4163
>**DUANE MORRIS LLP**
>1100 North Market Street, Suite 1200
>Wilmington, Delaware 19801
>Tel: 302-657-4900 - Fax: 302-657-4901
>
>*Counsel for International Textile Group, Inc.*

DATED: October 31, 2005

>_____
>Jonathan M. Stemerman (No. 4510)
>ADELMAN LAVINE GOLD AND LEVIN
>A Professional Corporation
>919 N. Market Street, Suite 710
>Wilmington, Delaware 19801
>Tel: 302-654-8200
>Fax: 302-654-8217
>
>*-and-*

SCHNADER HARRISON SEGAL & LEWIS LLP
A Pennsylvania Limited Liability Partnership
John M. Armstrong
New Jersey Managing Partner
Jerry L. Tanenbaum
Richard A. Barkasy
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Tel:    856-482-5222
Fax:   856-482-6980

*Co-Counsel for Chemtura Corporation*