IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CONE MILLS CORPORATION, *et al.*, | ) | Case No. 03-12944 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| CROMPTON COLORS, INC. | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-232 GMS |
| | ) | |
| INTERNATIONAL TEXTILE GROUP, INC. f/k/a WLR Cone Mills Acquisition LLC, f/k/a/ WLR Recovery Fund II, L.P. | ) | |
| | ) | |
| Appellee | ) | |

**PRAECIPE TO ATTACH EXHIBITS**

TO THE CLERK OF THE COURT:

Kindly attach Exhibits "B" and "C", attached hereto, as Exhibits "B" and "C", respectively, to the Appellants Crompton Corporation's [1] and Crompton Colors, Incorporated's Memorandum of Law Regarding the Extinguishment of a Known Creditor's Claims and Interests Without Notice of Any Kind that Its Claims Were in Jeopardy, filed on October 31, 2005 [Docket No. 9].

ADELMAN LAVINE GOLD AND LEVIN
A Professional Corporation

DATED: November 3, 2005

Bradford J. Sandler, Esquire (No. 4142)
Jonathan M. Stemerman, Esquire (No. 4510)
919 N. Market Street, Suite 710
Wilmington, Delaware 19801
Tel: 302-654-8200
Fax: 302-654-8217

-and-

---

[1] On July 1, 2005, Crompton Corporation changed its name to Chemtura Corporation.

SCHNADER HARRISON SEGAL & LEWIS LLP
A Pennsylvania Limited Liability Partnership
John M. Armstrong, Esquire
New Jersey Managing Partner
Jerry L. Tanenbaum, Esquire
Richard A. Barkasy, Esquire
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Tel:   856-482-5222
Fax:   856-482-6980

Counsel for Chemtura Corporation