## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CONE MILLS CORPORATION, *et al.*, | ) | Case No. 03-12944 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| CROMPTON COLORS, INC. | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v | ) | Civil Action No. 05-232-GMS |
| | ) | |
| INTERNATIONAL TEXTILE GROUP, INC. f/k/a WLR Cone Mills Acquisition LLC, f/k/a WLR Recovery Fund II, L.P. | ) ) ) | |
| | ) | |
| Appellee | ) | |

### CERTIFICATE OF SERVICE

I, Jonathan M. Stemerman, Esquire, hereby certify that on November 3, 2005, I caused a true and correct copy of the **Præcipe to Attach Exhibits** to be served via Hand Delivery or First Class Mail upon the parties on the attached list.

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

_____
Jonathan M. Stemerman, Esquire (4510)
919 North Market Street, Suite 710
Wilmington, DE 19801

Co-Counsel for Chemtura Corporation

Dated: November 3, 2005

CHDATA 29198_1

Lewis Kruger, Esquire
Christopher R. Donoho, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801