IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CONE MILLS CORPORATION, *et al.*, | ) | Case No. 03-12944 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| CROMPTON COLORS, INC. | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-232 (GMS) |
| | ) | |
| INTERNATIONAL TEXTILE GROUP, INC. f/k/a WLR Cone Mills Acquisition LLC, f/k/a WLR Recovery Fund II, L.P. | ) ) ) | |
| | ) | |
| Appellee | ) | |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Appellee International Textile Group, Inc.'s Memorandum Of Law In Opposition To Crompton Corporation's And Crompton Colors Incorporated's Appeal From The Bankruptcy Court's Enforcement Of Its Sale Order** was caused to be served on the individuals on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 15, 2005
Wilmington, Delaware

Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:     cmwinter@duanemorris.com

Pauline K. Morgan, Esq.
Joseph Barry, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
*Via Hand Delivery*

Andrew N. Rosenberg, Esq.
Claudia Tobler, Esq.
Brian S. Hermann, Esq.
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
*Via First Class Mail*

Carol Lynn DeMarco, Esquire, D.A.G.
Office of the Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625-0093
*Via First Class Mail*

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esquire
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Via Hand Delivery*

Mark S. Indelicato, Esq.
Mark Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY 10022
*Via First Class Mail*

Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin, P.C.
919 North Market Street, Suite 710
Wilmington, DE 19801
*Via Hand Delivery*

John M. Armstrong, Esq.
Jerry L. Tanenbaum, Esq.
Richard A. Barkasy, Esq.
Schnader Harrison Segal & Lewis LLP
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
*Via First Class Mail*