**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| CONE MILLS CORPORATION, *et al.*, | ) Case No. 03-12944 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| CROMPTON COLORS, INC. | ) |
| | ) |
| Appellant | ) |
| | ) |
| v. | ) Civil Action No. 05-232 (GMS) |
| | ) |
| INTERNATIONAL TEXTILE GROUP, INC., f/k/a WLR Cone Mills Acquisition LLC, f/k/a WLR Recovery Fund II, L.P. | ) |
| | ) |
| Appellee | ) |

**CERTIFICATE OF SERVICE**

I, Jonathan M. Stemerman, Esquire, hereby certify that on January 20, 2006, I caused a true and correct copy of foregoing document to be served via Hand Delivery upon the following party:

> Michael R. Lastowski, Esquire
> Duane Morris LLP
> 1100 North Market Street, Suite 1200
> Wilmington, DE 19801-1246

> Respectfully submitted,
>
> ADELMAN LAVINE GOLD AND LEVIN,
> A Professional Corporation
>
> /s/ Jonathan M Stemerman
> Jonathan M. Stemerman, Esquire (No. 4510)
> 919 North Market Street, Suite 710
> Wilmington, DE  19801
>
> Co-Counsel for Crompton Colors, Inc.

Dated: January 20, 2006

CHDATA 29198_1