IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CONE MILLS CORPORATION, *et al.*, | : | Case No. 03-12944 (MFW) |
| | : | |
| Debtors, | : | (Jointly Administered) |
| | : | |
| CROMPTON COLORS, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-232 (GMS) |
| | : | |
| INTERNATIONAL TEXTILE GROUP, INC., f/k/a WLR Cone Mills Acquisition LLC, f/k/a WLR Recovery Fund, II, L.P., | : | |
| | : | |
| Appellees. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Appellant in the above-entitled action.

Date: February 29, 2008

        /s/ Richard A. Barkasy
Richard A. Barkasy, Esq. (#4683)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, 10th Floor, Suite 1001
Wilmington, DE  19801-3011
Telephone: 302-888-4554
Facsimile: 302-888-1696

- 1 -

- 2 -

          Email: rbarkasy@schnader.com
          ***Attorneys for Crompton Colors, Inc.***

OF COUNSEL:

John M. Armstrong, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-6511
Telephone: 856-482-5222
Facsimile: 856-482-6980
Email: jarmstrong@schnader.com