IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CONE MILLS CORPORATION, *et al.*, | : | Case No. 03-12944 (MFW) |
| | : | |
| Debtors, | : | (Jointly Administered) |
| | : | |
| CROMPTON COLORS, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-232 (GMS) |
| | : | |
| INTERNATIONAL TEXTILE GROUP, INC., f/k/a WLR Cone Mills Acquisition LLC, f/k/a WLR Recovery Fund, II, L.P., | : | |
| | : | |
| Appellees. | : | |

### CERTIFICATE OF SERVICE OF ENTRY OF APPEARANCE

I HEREBY CERTIFY that on this 29th day of February, 2008, a true and correct copy of the foregoing Entry of Appearance, and Certificate of Service were served via ECF delivery, upon the following:

>Pauline K. Morgan, Esquire
>Young, Conaway, Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street - 17th Floor
>P.O. Box 391
>Wilmington, DE  18999-0391
>Phone:  302-571-6600
>FAX:   302-571-1253
>*-and-*

Andrew N. Rosenberg, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York City, NY  10019-6064
Phone:  212-373-3000
FAX:    212-757-3990
*Attorneys for Debtor*

Christopher M. Winter, Esquire
Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
Phone:  302-657-4900
FAX:    302-657-4901
*Attorneys for International Textile Group, Inc./Cone Mills LLC*

Marilyn R. Greenberg, Esquire
Alexa Richman-LaLonde, Esquire
Riker Danzig Scherer Hyland Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981
Phone:  973-451-8437
FAX:    973-451-8657
*Individual Attorneys for Cone Mills, LLC*

Carol Lynn DeMarco, Esquire, D.A.G.
Office of the Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ  08625-0093
Phone:  609-984-5189
FAX:    609-984-9315
*Attorneys for New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund*

    Mark E. Felger, Esquire
    Jeffrey R. Waxman, Esquire
    COZEN O'CONNOR
    1201 Market Street, Suite 1400
    Wilmington, DE  19801
    Phone:  302-295-2087
    FAX:   302-295-2013
    **-and-**
    Mark S. Indelicato, Esquire
    Mark T. Power, Esquire
    HAHN & HESSEN LLP
    488 Madison Avenue
    New York City, NY  10022
    Phone:  212-478-7200
    FAX:   212-
    *Counsel to the Official Committee of Unsecured Creditors*

Date: February 29, 2008

                                          /s/ Richard A. Barkasy
                                        Richard A. Barkasy, Esq. (#4683)