IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| CONE MILLS CORPORATION, *et al.*, : | Case No. 03-12944 (MFW) |
| Debtors, : | (Jointly Administered) |
| CROMPTON COLORS, INC., : | |
| Appellant, : | |
| v. : | Civil Action No. 05-232 (GMS) |
| INTERNATIONAL TEXTILE GROUP, INC., f/k/a WLR Cone Mills Acquisition LLC, f/k/a WLR Recovery Fund, II, L.P., : | |
| Appellees. : | |

NOTICE OF APPEAL
TO UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Crompton Colors, Inc., and Crompton Corporation (hereinafter "Chemtura"), the appellant, appeals to the United States Court of Appeals for the Third Circuit from the final order of the District Court of Delaware entered in this case on January 31, 2008 ruling that Chemtura received sufficient notice of the sale of Cone Mills Corporation and granting the International Textile Group/Cone Mills, LLC's motion to enforce the sale order.

The parties to the order appealed from and names and addresses of their respective attorneys are as follows:

>Pauline K. Morgan, Esquire
>Young, Conaway, Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street - 17th Floor
>P.O. Box 391
>Wilmington, DE   18999-0391
>Phone:  302-571-6600
>FAX:    302-571-1253
>*-and-*
>Andrew N. Rosenberg, Esquire
>Paul, Weiss, Rifkind, Wharton & Garrison, LLP
>1285 Avenue of the Americas
>New York City, NY  10019-6064
>Phone:  212-373-3000
>FAX:    212-757-3990
>***Attorneys for Debtor***
>
>Christopher M. Winter, Esquire
>Michael R. Lastowski, Esquire
>DUANE MORRIS LLP
>1100 North Market Street, Suite 1200
>Wilmington, DE   19801-1246
>Phone:  302-657-4900
>FAX:    302-657-4901
>***Attorneys for International Textile Group, Inc./Cone Mills LLC***
>
>Marilyn R. Greenberg, Esquire
>Alexa Richman-LaLonde, Esquire
>Riker Danzig Scherer Hyland Perretti LLP
>Headquarters Plaza
>One Speedwell Avenue
>Morristown, NJ  07962-1981
>Phone:  973-451-8437
>FAX:    973-451-8657
>***Individual Attorneys for Cone Mills, LLC***

Carol Lynn DeMarco, Esquire, D.A.G.
Office of the Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625-0093
Phone: 609-984-5189
FAX: 609-984-9315
*Attorneys for New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund*

Mark E. Felger, Esquire
Jeffrey R. Waxman, Esquire
COZEN O'CONNOR
1201 Market Street, Suite 1400
Wilmington, DE 19801
Phone: 302-295-2087
FAX: 302-295-2013
**-and-**
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
New York City, NY 10022
Phone: 212-478-7200
FAX: 212-
*Counsel to the Official Committee of Unsecured Creditors*


Date: February 29, 2008

      /s/ Richard A. Barkasy_____
Richard A. Barkasy, Esq. (#4683)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, 10th Floor, Suite 1001
Wilmington, DE 19801-3011
Telephone: 302-888-4554
Facsimile: 302-888-1696
Email: rbarkasy@schnader.com
*Attorneys for Crompton Colors, Inc.*

- 4 -

OF COUNSEL:

John M. Armstrong, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-6511
Telephone: 856-482-5222
Facsimile: 856-482-6980
Email: jarmstrong@schnader.com